# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**GARRETT MANNING,**

    Plaintiff,                                Case No.:   5:23-cv-00074

v.

**THE SCHOOL BOARD OF**
**CITRUS COUNTY, FLORIDA**

    **Defendant.**

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, **THE SCHOOL BOARD OF CITRUS COUNTY** ("BOARD" or "Defendant"), pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1443, 1446, and M.D. Fla. Loc. R. 1.06, hereby files this Notice of Removal of an action pending in the Circuit Court of the Fifth Judicial Circuit, in and for Citrus County, Florida, to the United States District Court, Middle District of Florida, Ocala Division and, in support hereof states as follows:

1. Defendant desires to exercise its rights under the provisions of 28 U.S.C. § 1331, *et seq.*, to remove this action from the Fifth Judicial Circuit in and for Citrus County, Florida, where it is now pending under the name

and style of: *Garrett Manning v. The School Board of Citrus County, Florida,* Case No. 2022-CA-000379 (hereinafter referred to as the "Circuit Court Action").

2. The Complaint filed by Plaintiff on June 1, 2022, and served on the Defendant on January 12, 2023, contains a disability discrimination claim brought pursuant to the Florida Civil Rights Act, §§ 760.01-760.11, Fla. Stat. and the Family and Medical Leave Act, 29. U.S.C. §2601 et seq.

3. This Court has federal question jurisdiction over the claim brought in the Plaintiff's Complaint since it is brought pursuant to the Family and Leave Act, 29. U.S.C. §2601 et seq.

4. Pursuant to 28 U.S.C. § 1446(a), copies of the Summons and Complaint as well as all other process, pleadings, and orders on file in the Circuit Court Action to date are attached to this Notice of Removal as **"Exhibit 1."** To the undersigned's knowledge, no other papers or pleadings have been filed in the Circuit Court Action other than those attached hereto.

5. In accordance with the requirements of 28 U.S.C. § 1446(b)(2)(B), this Notice of Removal is filed within 30 days of the Defendant's receipt of the initial pleading through service of the Summons and Complaint.

6. Venue in this District and Division is proper for purposes of removal under 28 U.S.C. § 1441(a), because this District and Division

embrace the place in which the removed action was filed and is pending – Citrus County, Florida.

7.  Pursuant to 28 U.S.C. § 1446(d), written and electronic notice of filing this Notice of Removal will be served upon Plaintiff's counsel, Alfred Truesdell.  A true copy of this Notice of Removal will also be filed with the Clerk of the Circuit Court of the Fifth Judicial Circuit in and for Citrus County, Florida, as required by law.

## Removal Based on Federal Question Jurisdiction

8.  Unless specifically prohibited by an act of Congress, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). This Court possesses original jurisdiction over this civil action, because it involves a federal question under 28 U.S.C. § 1331.

9.  Plaintiff's state law claims are properly removable pursuant to 28 U.S.C. §1367. _Lepucki v. Van Wormer_, 765 F. 2d 86, 89 (7th Cir. 1985), _cert. denied_, 106 S.Ct. 86 (1985).

**WHEREFORE**, Defendant, **THE SCHOOL BOARD OF CITRUS COUNTY, FLORIDA**, respectfully requests that this action be removed to this Court and that this Court accept jurisdiction of this action, and henceforth that this action be placed on the docket of this Court for further proceedings, the same as though this action had been originally instituted in this Court.

Dated this 1st day of February, 2023.

Respectfully submitted,

*/s/ Lisa B. Fountain*

**LISA B. FOUNTAIN**
Florida Bar Number: 0948802
lfountain@sniffenlaw.com
**ROBERT J. SNIFFEN**
Florida Bar Number: 0000795
rsniffen@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for The School Board of Citrus County, Florida*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 1st day of February, 2023, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, Ocala Division, using the CM/ECF system which will send a notice of electronic filing to all counsel of record, and via electronic and U.S. Mail to the following recipients:

Alfred Truesdell
Truesdell Law
3521 Tyngsbourgh Drive
DeLand, Florida 32720
truesdelllaw@gmail.com

*/s/ Lisa B. Fountain*
**LISA B. FOUNTAIN**